IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN CARR,<br><br>        Plaintiff,<br><br>    vs.<br><br>A. SCHWARZENEGGER,<br>et al.,<br><br>        Defendants.<br>_____/ | 1:06-CV-1157 OWW LJO P<br><br><br>ORDER VACATING ORDER OF<br>SEPTEMBER 27, 2006<br><br>(DOCUMENT #4) |

    Defendant is a state prisoner proceeding with a complaint for civil rights pursuant to 42 U.S.C. § 1983.

    On September 27, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee. On October 10, 2006, plaintiff submitted a letter to the court, providing a receipt, number 101 9300, dated August 29, 2006, as evidence that payment of the $350.00 filing fee was made on behalf of plaintiff by Michael Carr. Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of September 27, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or Filing Fee," is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   November 1, 2006**              /s/ Lawrence J. O'Neill
b6edp0                                              UNITED STATES MAGISTRATE JUDGE