# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN CARR, | CASE NO. 1:06-cv-01157-OWW-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING |
| v. | SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN |
| SCHWARZENEGGER, et al., | THIRTY DAYS |
| Defendants. | (Doc. 1) |

Orrin Carr ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 29, 2006. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Schwarzenegger, Hickman, Woodford, Kenneally, Perez, Moore, Lushbough, Bentley, Guaderrama, and Douglas for unconstitutional state parole procedures. Fed. R. Civ. P. 8(a); a prisoner's claims are cognizable under § 1983 if the prisoner seeks a finding that state procedures used to deny parole eligibility and/or parole suitability are invalid. Wilkinson v. Dotson 544 U.S. 74, 82 (2005) citing Wolff v. McDonald, 418 U.S. 539, 554 (1974) and Heck v. Humphry 512 U.S. 477, 487 (1994).

Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    Gov. ARNOLD SCHWARZENEGGER;

    RODERICK HICKMAN, CDCR Secretary;

1         JEAN WOODFORD, CDCR Undersecretary;

2         DENNIS KENNEALLY, Board of Parole Hearings Executive Director;

3         MARGARITA PEREZ, Board of Parole Hearings Chairperson;

4         JONES MOORE, Board of Parole Hearings Commissioner;

5         DIANE LUSHBOUGH, Board of Parole Hearings Deputy Commissioner;

6         CAROL BENTLEY, Board of Parole Hearings Commissioner;

7         M. GUADERRAMA, Board of Parole Hearings Commissioner; and

8         MIKE DOUGLAS, Board of Parole Herings Deputy Commissioner

2.   The Clerk of the Court shall send Plaintiff ten (10) USM-285 forms, ten (10) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 29, 2006;

3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a.   Completed summons;

   b.   One completed USM-285 form for each defendant listed above; and

   c.   Eleven (11) copies of the endorsed complaint filed August 29, 2006.

4.   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 24, 2008**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

2